UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH
CAROLINA Western Division
Docket No. 5:10-MJ-1727M-1

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| **vs.** ) | |
| ) | |
| **Ryan Williams** ) | |

On February 8, 2011, Ryan Williams appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 18 U.S.C. § 13 assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on June 23, 2014, the court finds as a fact that Ryan Williams, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
3. The offender has absconded from supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 60 days with credit for time served since his arrest on May 30, 2014 on the instant charges.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 23rd day of June, 2014.

_____
James E. Gates
U.S. Magistrate Judge